Claude THOMAS

v.

Kathleen G. KANE and
Kevin L. Wevodau

Petition of: Claude Thomas

Claude Thomas,

v.

Kathleen G. Kane and Kevin
L. Wevodau

Petition of: Claude Thomas

No. 561 EAL 2016
No. 562 EAL 2016

Supreme Court of Pennsylvania.

May 9, 2017

### ORDER

PER CURIAM

**AND NOW,** this 9th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania,
Respondent**

v.

**Arthur JOHNSON, Petitioner**

No. 491 EAL 2016

Supreme Court of Pennsylvania.

May 9, 2017

### ORDER

PER CURIAM

**AND NOW,** this 9th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,
Respondent**

v.

**David M. KING, Petitioner**

No. 508 WAL 2016

Supreme Court of Pennsylvania.

May 10, 2017

### ORDER

PER CURIAM

**AND NOW,** this 10th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**